IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01232-BNB

LeROY DAMASIO FRESQUEZ,

    Plaintiff,

v.

JEFFERSON COUNTY,
DEPUTY BALDWIN, Jefferson County Sheriff Office,
SERGEANT ON DUTY WHO RECEIVED "KITE" REQUEST FORM (NAME
    UNKNOWN) (Need to subpoena records at Jefferson County Sheriff Office),
LIEUTENANT ON DUTY MAY 29th 2008 (NAME UNKNOWN) (Need to subpoena
    records at Jefferson County Sheriff Office),
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTEN (LAST NAME UNKNOWN), CHM,
NURSE VICKY (LAST NAME UNKNOWN), CHM,
NURSE TRACY (LAST NAME UNKNOWN), CHM,
NURSE CANDICE (LAST NAME UNKNOWN), CHM,
NURSE SHERLY (LAST NAME UNKNOWN), CHM, and
NURSE BARB (LAST NAME UNKNOWN), CHM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On June 4, 2008, Plaintiff LeRoy Damasio Fresquez submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The Complaint and the Motion and Affidavit were processed as a newly filed 42 U.S.C. § 1983 action. Subsequently, Magistrate Judge Boyd N. Boland entered an order instructing the Clerk of the Court to commence an action and directing Plaintiff to cure the noted deficiencies

in the documents that he had filed. On July 8, 2008, Mr. Fresquez cured the deficiencies, and Magistrate Judge Craig B. Shaffer granted Plaintiff leave to proceed without payment of an initial partial filing fee.

The Court now has reviewed the Complaint and determined that Plaintiff's claims are the exact claims that he raises in Case No. 08-cv-01233-BNB. Upon review of the Docket in Case No. 08-cv-01233-BNB, the Court finds that on June 25, 2008, Mr. Fresquez was instructed to amend the complaint and assert personal participation by properly named defendants.

In the interest of judicial economy, the Court will dismiss the instant action without prejudice. Mr. Fresquez, in keeping with the order entered by Magistrate Judge Boyd N. Boland on June 25, 2008, in Case No. 08-cv-01233-BNB, has the opportunity to assert all the claims he has raised in the instant action against all properly named defendants in Case No. 08-cv-01233-BNB. Accordingly, it is

ORDERED that the instant Complaint and action are dismissed without prejudice as duplicative.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01232-BNB

Leroy Demasio Fresquez
Prisoner No. P00175857
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80402

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/17/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk